

## COURT OF APPEALS
## EIGHTH DISTRICT OF TEXAS
## EL PASO, TEXAS

| | | |
|---|---|---|
| EDUARDO FELIPE PACHECO, | § | No. 08-18-00098-CR |
| Appellant, | § | Appeal from |
| v. | § | County Court at Law No. 2 |
| THE STATE OF TEXAS, | § | of El Paso County, Texas |
| Appellee. | § | (TC# 20170C05989) |

## **J U D G M E N T**

The Court has considered this cause on the record and concludes there was no error in the judgment.   We therefore affirm the judgment of the court below adjudicating guilt.   This decision shall be certified below for observance.

IT IS SO ORDERED THIS 23RD DAY OF APRIL, 2020.


JEFF ALLEY, Chief Justice

Before Alley, C.J., Rodriguez, and Palafox, JJ.